**FIRST AMENDED COMPLAINT AND JURY DEMAND**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**Brandi Boulware,**
Plaintiff,

v. Case No. 25161212GC
*Hon. A.Hinnant John*

**LVNV FUNDING, LLC,**
Defendant.

## INTRODUCTION

1. This is an action for damages brought by Plaintiff against Defendant LVNV Funding, LLC for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. Plaintiff alleges that Defendant has engaged in unlawful collection practices and reported inaccurate information to credit reporting agencies without conducting a reasonable investigation.

## PARTIES

3. Plaintiff, **Brandi Boulware**, is a natural person residing in Detroit, Michigan.

4. Defendant, **LVNV Funding, LLC**, is a debt buyer and collection agency registered in Delaware with its principal place of business in Greenville, South Carolina. Defendant conducts business in Michigan by attempting to collect debts from Michigan consumers.

**JURISDICTION AND VENUE**

5. This Court has jurisdiction under 15 U.S.C. § 1692k(d), 15 U.S.C. § 1681p, and 28 U.S.C. § 1331 because this action arises under federal law.

6. Venue is proper in this District under 28 U.S.C. § 1391 because Plaintiff resides in this District, Defendant conducts business in this District, and the events giving rise to these claims occurred here.

**FACTUAL ALLEGATIONS**

7. Defendant claims to be the current owner of certain consumer debt allegedly owed by Plaintiff.

8. Defendant, directly or through its agents, has reported this debt to credit reporting agencies, including Experian, Equifax, and TransUnion.

9. Plaintiff disputed the accuracy and validity of this debt with both Defendant and the credit reporting agencies.

10. Defendant failed to provide competent validation of the alleged debt, including proof of ownership and **a proper chain of title**.

11. Despite failing to validate the debt, Defendant continued collection activity and verified the account with credit reporting agencies.

12. Defendant's actions have caused Plaintiff harm, including denial of credit opportunities, damage to credit reputation, emotional distress, and financial loss.

**CAUSES OF ACTION**

**Count I – Violation of the FDCPA (15 U.S.C. § 1692 et seq.)**

13. Plaintiff re-alleges and incorporates by reference the foregoing paragraphs.

14. Defendant violated the FDCPA by attempting to collect a debt without providing proper validation, misrepresenting the status of the debt, and engaging in unfair practices.

15. Defendant's conduct violates 15 U.S.C. §§ 1692e, 1692f, and 1692g.

16. As a result of Defendant's violations, Plaintiff is entitled to statutory damages, actual damages, and attorney's fees and costs under 15 U.S.C. § 1692k.

**Count II – Violation of the FCRA (15 U.S.C. § 1681s-2(b))**

17. Plaintiff re-alleges and incorporates by reference the foregoing paragraphs.

18. Defendant furnished inaccurate information to credit reporting agencies.

19. Defendant failed to conduct a reasonable investigation after receiving notice of Plaintiff's dispute from the credit reporting agencies.

20. Defendant continued to report the debt as valid despite failing to provide proof of ownership and accuracy.

21. Defendant's conduct constitutes willful and/or negligent violations of 15 U.S.C. § 1681s-2(b).

22. As a result of Defendant's violations, Plaintiff is entitled to actual damages, statutory damages, punitive damages, and attorney's fees and costs under 15 U.S.C. §§ 1681n and 1681o.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and against Defendant for:

A. Statutory damages under the FDCPA;

B. Actual damages under the FDCPA and FCRA;

C. Statutory and punitive damages under the FCRA;

D. Costs of this action, including reasonable attorney's fees where applicable;

E. An order requiring Defendant to delete all inaccurate credit reporting tradelines related to the alleged debt; and

F. Any other relief this Court deems just and proper.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

**Respectfully submitted,**

Date: September 25, 2025

**Brandi Boulware**
Plaintiff, Pro Se
19745 Sorrento St.
Detroit, MI 48235
248-854-7702
Boulware.brandi2009@gmail.com